Gregory G. Barnett, Esq. (GGB-3751)
CASEY & BARNETT, LLC
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TURBANA CORPORATION

      Plaintiff,

    - against -

M/V TRANSPORTER, her engines, boilers, tackle, furniture, apparel, etc., *in rem*, EASTWIND MARITIME INC. *in personam*

      Defendants.
-------------------------------------------------------------------X

2007 Civ.

**FED.R.CIV.P. 7.1**
**STATEMENT**

NOW comes plaintiff, TURBANA CORPORATION and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1. TURBANA CORPORATION is owned by UNIBAN (50%) and FYFFES PLC (50%). UNIBAN is not a publicly traded company. FYFFES PLC is a publicly traded company on the London and Dublin Stock Exchanges (FFY).

Dated: New York, New York
      December 14, 2007
      228-21

                        Casey & Barnett, LLC
                        Attorneys for Plaintiff

                    By: _____
                        Gregory G. Barnett (GGB-3751)
                        317 Madison Avenue, 21st Floor
                        New York, New York 10017
                        (212) 286-0225