BROWN GAVALAS & FROMM LLP
Attorneys for Defendant
EASTWIND MARITIME INC.
355 Lexington Avenue
New York, New York 10017
(212) 983-8500

-----------------------------------------------------X
TURBANA CORPORATION

        Plaintiff,                  07 Civ. 11287 (PAC)

-v-

M/V TRANSPORTER, her engines, boilers,     **RULE 7.1 STATEMENT**
tackle, furniture, apparel, etc., *in rem*,
EASTWIND MARITIME INC. *in personam*,

        Defendants.
-----------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant, EASTWIND MARITIME INC., certifies that there are no corporate parents, subsidiaries, or affiliates of this party which are publicly held.

Dated: New York, New York
       April 18, 2008

                                     BROWN GAVALAS & FROMM LLP
                                     Attorneys for Defendant
                                     EASTWIND MARITIME INC.

                    By: _____
                          Peter Skoufalos (PS-0105)
                          355 Lexington Avenue
                          New York, New York 10017
                          212-983-8500